## WALTER SCHENBERGER
*vs.*
## MAE C. SCHENBERGER

Superior Court          New Haven County          File No. 65023

MEMORANDUM FILED FEBRUARY 2, 1945.

*Walter J. McCarthy,* of New Haven, for the Plaintiff.

*John R. Thim,* of New Haven, for the Defendant.

WYNNE, J.   The arguments on the pending motion disclosed that it is the plaintiff's claim that a part of the intolerable cruelty consisted of defendant's refusal to have marital relations and that there was no physical reason for such refusal. Defendant's counsel admitted there was no physical reason that would be claimed. This certainly disposes of any reason for the unusual request. There is no need to consider the propriety in a proper case. In view of the statement made in court, the motion is denied.